SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

JULIE A. ARBUCKLE (CSBN 193425)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7102
   Facsimile: (415) 436-7234
   E-mail: julie.arbuckle@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3 07 70240 EMC |
| ) | |
|    Plaintiff, ) | STIPULATION AND [P~~ROPOS~~ED] |
| ) | ORDER EXCLUDING TIME |
|    v. ) | |
| ) | |
| PIYAWAT JEERAPAET, ) | |
| ) | |
|    Defendant. ) | |
| ) | |

    On May 2, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the calculations under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1 from May 2, 2007 to May 8, 2007 for effective preparation of counsel. The parties represented that there is good cause for granting the continuance, and that it was the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. <u>See</u> 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public

///

Stipulation and [Proposed] Order Excluding Time - 3 07 70240 EMC     1

1  and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).
2  SO STIPULATED:

3                                                  SCOTT N. SCHOOLS
                                                   United States Attorney
4

5  DATED: May 3, 2007                          _____/s/_____
                                                   JULIE A. ARBUCKLE
6                                                  Assistant United States Attorney

7
   DATED: May 3, 2007                          _____/s/_____
8                                                  JOSH COHEN
                                                   Attorney for Defendant Piyawat Jeerapaet
9

10

11     As the Court found on May 2, 2007, and for the reasons stated above, the Court finds that the
12 ends of justice served by the continuance outweigh the best interests of the public and the
13 defendant in a speedy trial and that time should be excluded from the calculations under the
14 Speedy Trial Act and Federal Rule of Criminal Procedure 5.1 from May 2, 2007 to May 8, 2007
15 for good cause and the effective preparation of counsel.  See 18 U.S.C. §3161 (h)(8)(A).  The
16 failure to grant the requested continuance would deny counsel reasonable time necessary for
17 effective preparation, taking into account the exercise of due diligence, and would result in a
18 miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

19

20 SO ORDERED.

22 DATED: 5/9/07                          _____
                                              Edward [M. Chen]
23                                            United States [Magistrate Judge]

*IT IS SO ORDERED* — Judge Edward M. Chen, United States District Court, Northern District of California